IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JENNIFER SPELL,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF JEFF DAVIS, GEORGIA, PRESTON BOHANNON, and DEPUTY SCOTT NUNN,<br><br>    Defendants. | CIVIL ACTION NO.: 2:24-cv-69 |

**O R D E R**

Defendants filed a Motion to Stay.  Doc. 9.  Plaintiff has not responded to Defendants' Motion, and the time to do so has expired, indicating there is no opposition.  Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion.").  Thus, the Court **GRANTS** Defendants' unopposed Motion and **STAYS** the proceedings in this case, including discovery, pending resolution of Defendants' motion to dismiss.  Should this case remain pending after the Court rules on the motion to dismiss, this stay will lift automatically and the parties are to submit their Rule 26(f) report within 14 days of that ruling.

**SO ORDERED**, this 8th day of August, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA