IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JENNIFER SPELL, | * |
| Plaintiff | * |
| v. | * Case Number: 2:24-cv-00069-LGW-BWC |
| COUNTY OF JEFF DAVIS, GEORGIA; PRESTON BOHANNON, Individually and in his capacity as Sheriff of the Jeff Davis Sheriff's Office; and DEPUTY SCOTT NUNN, Individually and in his capacity as Deputy with the Jeff Davis Sheriff's Office, | * |
| Defendants | * |

**ORDER GRANTING CONSENT MOTION FOR DISMISSAL OF LESS THAN ALL PARTIES**

After review and consideration of the Consent Motion for Dismissal of Less Than All Parties, the Court finds that good cause exists to grant said Motion. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Scott Nunn, individually and in his capacity as a Deputy Sheriff is dismissed, with prejudice, from this suit.

2. Further, based upon the Court's Order granting the Motion to Dismiss of the remaining defendants (Doc. 13) the Court directs the Clerk to enter Judgment in favor of the County of Jeff Davis, Georgia and Preston Bohannon, individually and in his capacity as Sheriff of Jeff Davis County. Upon entry of the Judgment, the Clerk is directed to close this case.

**SO ORDERED** this \_\_9\_\_ day of \_\_September\_\_, 2025.

_____
Honorable Lisa Godbey Wood, Judge
United States District Court for the Southern
District of Georgia, Brunswick Division